IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RACHEL KANNADAY,                                    )
                                                    )
                Plaintiff Garnishor,                )
                                                    )
vs.                                                 )    Case No. 12-CV-02742-RDR-KGS
                                                    )
CHARLES BALL, Special Administrator                 )
of the Estate of Stephanie Hoyt, Deceased,          )
                                                    )
                Defendant,                           )
                                                    )
vs.                                                 )
                                                    )
GEICO INDEMNITY INSURANCE COMPANY, )
                                                    )
                Garnishee Defendant.                )

### INDEX (Doc. 67-1) OF ATTACHMENTS TO GEICO'S
### MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Doc. 67-2     Kansas Motor Vehicle Accident Report

Doc. 67-3     GEICO Declaration Page, Policy and Certification

Doc. 67-4     Wesley Medical Center Lien Notices - Kannaday and Wright

Doc. 67-5     GEICO Activity Log (GAL-0008, 0013-14, 0019, 0028, 0031)

Doc. 67-6     GEICO Claim File (pp. GCF-0010, 0072-75, 0097, 0102-103, 0105)

Doc. 67-7     Documents Produced by Fleeson Gooing Coulson & Kitch (FGCK0517-519)

Doc. 67-8     Deposition of Charles Ball of 09/30/09 (pp. 51-55, 76-79)

Doc. 67-9     *In the Matter of the Estate of Stephanie Hoyt* Selected Pleadings (Estate-0001-3 Petition for Appointment of Ball as Special Administrator; Estate 0009-14 Inventory and Valuation)

Doc. 67-10    *Kannaday v. Estate of Hoyt*, District Court of Wyandotte County Case No. 06CV497 (Kannaday-0001-2 Petition, Kannaday-0045-46 Memorandum Decision)

Doc. 67-11   *GEICO v. Kannaday, et al.,* USDC Case No. 06-1067-JTM (Doc 1-1 Interpleader Complaint; Doc. 8 Order Allowing Deposit of Funds With the Court; Doc. 69 Memorandum and Order)

Doc. 67-12   Deposition of Lynn Preheim (pp. 22-23, 26)

Doc. 67-13   Deposition of Lyndon Vix (pp. 50-51)

Doc. 67-14   Deposition of Charles Ball of 12/27/07 (pp. 3-8, 12-15)

Doc. 67-15   Deposition of Paul Hasty of 12/18/09 (pp. 23-24)

Doc. 67-16   Deposition of Paul Hasty of 09/05/13, Exs. 8, 13, 14