IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RACHEL KANNADAY, ) | |
| ) | |
| Plaintiff Garnishor, ) | |
| ) | Case No. 12-cv-2742 |
| ) | RDR/KGS |
| vs. ) | |
| ) | |
| CHARLES BALL, Special Administrator ) | |
| of the Estate of Stephanie Hoyt, deceased, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| GEICO INDEMNITY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Garnishee Defendant. ) | |

**PLAINTIFF GARNISHOR'S INDEX OF EXHIBITS TO HER RESPONSE IN OPPOSITION TO GEICO'S MOTION FOR SUMMARY JUDGMENT (DOC. 66)**

Exhibit A:   Excerpts from deposition of Sabrina Brantley (October 14, 2009), garnishment proceeding, Case No. 09-2255-JWL (D. Kan.)

Exhibit B:   Letter from Lyndon Vix to Paul Hasty, Jr., dated 2/22/2006

Exhibit C:   Excerpts from GEICIO Claims Activity Log

Exhibit D:   Excerpts from GEICO Claims File

Exhibit E:   Excerpts from Fleeson Gooing File

Exhibit F:   Letter from Mr. Hasty to Mr. Vix faxed on March 2, 2006

Exhibit G:   Excerpts from deposition of Lyndon Vix (October 19, 2009), garnishment proceeding, Case No. 09:2255-JWL (D. Kan.)

Exhibit H:   Excerpts from deposition of Charles Ball (September 30, 2009), garnishment proceeding, Case No. 09:2255-JWL (D. Kan.)

Exhibit I: Excerpts from deposition of Charles Ball (September 27, 2007), *Kannaday v. Ball*, Case No. 06-CV-497 (District Court of Wyandotte County, Kansas)

Exhibit J: Plaintiff's Request for Production of Documents to Defendant, *Kannaday v. Ball*, Case No. 06-CV-497 (District Court of Wyandotte County, Kansas)

Exhibit K: Letter from William L. Townsley, III to Paul Hasty, Jr. dated March 28, 2008

Exhibit L: Excerpts from GEICO Claims Manual

Exhibit M: Excerpts from deposition of Debra Beasley (May 23, 2013), instant lawsuit

Exhibit N: Excerpts from deposition of Ellen Jahnke (May 23, 2013), instant lawsuit

Exhibit O: Court's Case Display for *Kannadya v. Ball*, Case No. 06-CV-497 (District Court of Wyandotte County, Kansas)

Exhibit P: Memorandum and Order, interpleader, Case No. 06-CV-1067-JTM (D. Kan. February 21, 2008

Exhibit Q: Order, garnishment proceeding, Case No. 09-CV-2255-JWL (D. Kan. March 3, 2011)

Exhibit R: GEICO/Hoyt policy excerpts, policy no. 4034676470

Exhibit S: Journal Entry, Kannaday v. Hoyt, Case No. 06-CV-497 (District Court of Wyandotte County, Kansas August 1, 2012)

Exhibit T: Exhibit Q, Affidavit, Paul Hasty, Jr.

HASTY & ASSOCIATES, LLC

/s/ Paul Hasty, Jr.
Paul Hasty, Jr.          KS # 09132
7101 College Blvd., Suite 350
Overland Park, KS 66210
(913) 317-8068
(913) 317-8058 (facsimile)
phasty@hastyassoc.com

**ATTORNEY FOR PLAINTIFF**

I hereby certify that the above and foregoing was electronically filed on the CM/ECF system and a copy was electronically sent to the following CM/ECF participants on the 25th day of October, 2013:

Lee Smithyman
Smithyman & Zakoura, Chtd.
750 Commerce Plaza II
7400 W. 110th Street
Overland Park, KS 66210

**ATTORNEYS FOR GARNISHEE**

/s/ Paul Hasty, Jr.
Paul Hasty, Jr.
For the Firm